670 A.2d 1151

**John McSHAW**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD
(WASTE MANAGEMENT OF HAZLETON).**

**Appeal of WASTE MANAGEMENT OF HAZLETON.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1996.

Decided Feb. 13, 1996.

Wilbur C. Creveling, Jr., James T. Anthony, Allentown, for Waste Manage. `

Chester C. Corse, Pottsville, for McShaw.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of this case.